AO 91 (Rev. 5/95) Criminal Complaint  *Felony*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**
SEP 19 2019
David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**

**VS**

**SANTIZ-Santiz, Carmen**
**A209 809 359**

**CRIMINAL COMPLAINT**

CASE NUMBER: B:19- 926 MJ

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 17, 2019** in **Cameron** County, in the **SOUTHERN** District of **TEXAS**, defendant,

knowingly, willfully, and in violation of law encouraged or induced one undocumented minor alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such alien has not received prior authorization to come to, enter, or reside in the United States

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iv)** and

in violation of Title **18** United States Code, Section(s) **1001** .

I further state that I am a (n) **U.S. Customs and Border Protection Officer** and that this complaint is based on the following facts:

See Attachment.

Continued on the attached sheet and made a part hereof:   **X** :Yes   ___ :No

Signature of Complainant
Armando Espinoza Jr.

Sworn to before me and subscribed in my presence,

**September 19, 2019**                at              **BROWNSVILLE, Texas**
Date                                                     City and State

**Ronald G. Morgan    U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                         Signature of Judicial Officer

**ATTACHMENT SHEET** (Criminal Complaint)

**UNITED STATES OF AMERICA**

VS

**SANTIZ-Santiz, Carmen**
A209 809 359

**CRIMINAL COMPLAINT**

CASE NUMBER: B:19 -926 MJ

I, Armando Espinoza U.S. Customs and Border Protection Officer, swear that the following is true and correct to the best of my knowledge and belief:

On September 17, 2019 the defendant, identified as Carmen SANTIZ-Santiz, attempted to enter the United States from Mexico through the pedestrian primary lanes at the Brownsville and Matamoros International Bridge in Brownsville, Texas accompanied by a juvenile. SANTIZ claimed to be traveling with his juvenile son. SANTIZ presented a Mexican birth certificate for himself and a Mexican birth certificate bearing the name of Eduardo Santiz Santiz on behalf of the juvenile to a U.S. Customs and Border Protection Officer. When asked for the purpose of his attempted entry SANTIZ requested asylum. SANTIZ and the juvenile were referred to Passport Control Secondary for further inspection.

After further inspection, Customs and Border Protection Officers determined that SANTIZ is not the juvenile's father and the document he presented on behalf of the juvenile is fraudulent. The juvenile was identified as E.S.S. and was determined to be a citizen and national of Mexico with no legal status to come to, enter, or to be in the United States.

Prior to being interviewed, SANTIZ was read his Miranda Rights and chose to waive them. SANTIZ stated that in fact he is not the father of the child and was transporting the child in order to successfully gain entry into the United States. SANTIZ admitted that he previously obtained the juvenile's fraudulent document to show him as the father. SANTIZ stated that he intended on transporting the child from Mexico to North Carolina. SANTIZ stated he knew the child had no legal status to come to, enter, or to be in the United States and intended on using the fraudulent document to facilitate his and the juvenile's unlawful entry into the United States.

_____
Signature of Complainant
Armando Espinoza Jr.

Sworn to before me and subscribed in my presence,

September 19, 2019     at     BROWNSVILLE, Texas
Date                                                                         City and State

**Ronald G. Morgan    U.S.MAGISTRATE JUDGE**
Name & Title of Judicial Officer                        Signature of Judicial Officer

(Attachment to AO 91 Criminal Complaint)